IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOEMAC PERKINS JR., A/K/A JOEMAL MAC PERKINS, #111951, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:14-cv-02334 ) |
| NASHVILLE SHERIFF DEPARTMENT, DARON HALL, and CHAPLAIN MODLING, | ) Judge Trauger ) ) ) |
| Defendants. | ) |

## ORDER

As explained in the accompanying Memorandum Opinion, the court finds based on the undisputed facts that the plaintiff effectively abandoned the prison grievance procedure that was available to him. The court therefore **REJECTS** the magistrate judge's Report and Recommendation and **GRANTS** the defendants' motion judgment in their favor (ECF No. 27) based on the plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

This action is **DISMISSED**.

This is the final order in this action for purposes of Fed. R. Civ. P. 58.

_____
ALETA A. TRAUGER
United States District Judge